1120169

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

UNITED STATES OF AMERICA

V.

ESTOREDARCIO BERNARD

## WARRANT FOR ARREST

Case Number: 1:06-M-20M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Estoredarcio Bernard
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

Conspiracy to distribute and to possess with intent to distribute a Controlled Substance

in violation of Title 21 United States Code, Section(s) 841 & 846

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

2-3-06 Providence, RI
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at residence by FBI HIDTA

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 02/03/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST 01/30/2006 | | |