AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V

ESTOREDARCIO BERNARD

## APPEARANCE

CASE NUMBER: 1:06-M-20M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for THE DEFENDANT, ESTOREDARCIO BERNARD

2/8/06

*Date*

[signature]

*Signature*

GERRICK VAN DEUSEN

*Print Name*

376 BROADWAY

*Address*

PROVIDENCE R.I. 02909

*City* *State* *Zip Code*

401-521-8400

*Phone Number*