UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

VS. CASE NO. 1:06-M-20M

ESTOREDARCIO BERNARD

## MOTION TO WITHDRAW

Now comes Attorney James T. McCormick who hereby moves to withdraw as Mr. Bernard's attorney because he has obtained another attorney, who has entered his appearance.

**James T. McCormick (#2614)**
128 Dorrance Street, Suite 330
Providence, RI 02903-2814

(401) 831-2970
(401) 751-1797 (FAX)

## CERTIFICATION

I, the undersigned, hereby certify I forwarded a copy of the within to the following attorney on the 10th day of February 2006:

Asst. U. S. Atty. Mary Rogers
*U. S. Department of Justice*
50 Kennedy Plaza, 8th Floor
Providence, RI 02903-2393

Gerrick Van Deusen, Esq.
376 Broadway
Providence, RI 02909

Kerri A. Vecoli