AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

## APPEARANCE

CASE NUMBER: 1:06-M-20M

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Estoredarcio Bernard

March 29, 2006
Date

Joseph J Voccola
Signature

Joseph J Voccola #4132
Print Name

454 Broadway P
Address

Providence R.I. 02909
City State Zip Code

751-3900
Phone Number