AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States

v.

Estroedarcio Bernard

APPEARANCE

CASE NUMBER: CR 06-92T-02

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the defendant

I certify that I am admitted to practice in this court.

11 Aug 2006
*Date*

*Signature*

John F Cicilline
*Print Name* *Bar Number*

381 Atwells Ave
*Address*

Prov RI 02909
*City* *State* *Zip Code*

401 273 5600 *Phone Number*
46? 5600 *Fax Number*

...m was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.