**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **CR No. 06-92 T** |
| | : | |
| **ESTROREDARCIO BERNARD** | : | **September 12, 2006** |

## MOTION FOR EXTENSION OF TIME

Now comes the defendant in the above-entitled cause pursuant to 18 U.S.C. 3161 (h) (8) (A) and moves for an extension of thirty days within which to file pre-trial motions. The Government has no objection.

Respectfully submitted,
Estroredarcio Bernard,
By his Attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on September 12, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*