UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. C.R. No. 06-92T

ESTROREDARCIO BERNARD,

Defendant.

ORDER DENYING DEFENDANT'S MOTION FOR EXTENSION OF TIME

Defendant Estroredarcio Bernard's Motion for Extension of Time is hereby denied for failure to comply with Local Rule Cr 47. Under Local Rule Cr 47(a), a motion for extension of time ''shall include within the motion a brief statement of reasons that [why] the requested relief should be granted.'' Bernard has failed to include any such reasons why additional time is necessary.

IT IS SO ORDERED,

Ernest C. Torres

Ernest C. Torres, Chief Judge
Date: September 19, 2006