**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **1:06-CR-00092-T-DLM-2** |
| | : | |
| **ESTROREDARCIO BERNARD** | : | **October 10, 2006** |

# INFORMATIONAL MOTION

Now comes counsel in the above entitled cause and notifies the court that he is scheduled to empanel and try a multi-defendant case before Honorable Nathaniel M. Gorton, of the United States District Court for the District of Massachusetts on October 16, 2006, making it impossible for him to empanel in the instant case on October 17th.

Both counsel and the defendant understand that the delay caused by counsel's engagement in another trial is excludable time under the provisions of the Speedy Trial Act and agree with the exclusion.

Respectfully submitted,
Estroredarcio Bernard,
By his Attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on October 10, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*