**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **VS.** | **:** | **1:06-CR-00092-T-DLM-2** |
| | **:** | |
| **ESTROREDARCIO BERNARD** | **:** | **October 10, 2006** |

## MOTION

Now comes the defendant Estroredarcio Bernard in the above-entitled cause pursuant to 18 U.S.C. 3585 and moves that his sentence reflect a commencement date of January 30, 2006.

Respectfully submitted,
Estroredarcio Bernard,
By his Attorney,

/s/ *JOHN F. CICILLINE*

John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I hereby certify that on January 10, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*