**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **1:06-CR-00092-T-DLM-2** |
| | : | |
| **ESTROREDARCIO BERNARD** | : | **October 10, 2006** |

**MEMORANDUM**

18 U.S.C. 3585 in part (b) (1) provides that:

> (b) A defendant shall be given credit toward the services of a term of imprisonment for any time he has spent in official detention prior to the date the sentence commences (1) as a result of the offense for which the sentence was imposed.

In Rogers v. United States, 102 F.3d 641 (1st Cir. 1999) the court affirmed that section 3585, can be employed to secure credit for custody associated with the instant arrest.

This defendant was arrested by the State Police on June 30, 2006. He volunteered to remain in their locked custody and did so far 21 days. Thereafter, he was detained at the ACI on these charges and has remained there until now.

He therefore is entitled for credit back to January 30, 2006.

Respectfully submitted,
Estroredarcio Bernard,
By his Attorney,

/s/ *JOHN F. CICILLINE*
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

**CERTIFICATION**

I hereby certify that on January 10, 2006 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ *JOHN F. CICILLINE*