IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Cr. No. 06-092T-02 |
| | ) | |
| ESTOREDARCIO BERNARD | ) | |

GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO HAVE HIS SENTENCE REFLECT A COMMENCEMENT DATE OF JANUARY 30, 2006

Comes now the United States of America, by and through its attorneys, Robert C. Corrente, United States Attorney for the District of Rhode Island, and Mary E. Rogers, Assistant U.S. Attorney, and hereby responds to Defendant's Motion as follows. The government has no objection to the factual assertions contained in the Defendant's motion. However, the Defendant has not yet pled guilty and therefore the motion is premature. The government also notes a typographical error in the Defendant's Memorandum in Support of his motion. The Defendant states that he was arrested on June 30, 2006. He was arrested by the State Police on January 30, 2006 and has been in the custody of the government or its representatives since January 30, 2006.

Respectfully submitted,
UNITED STATES OF AMERICA

By its Attorneys,

ROBERT C. CORRENTE
United States Attorney

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov

CERTIFICATE OF SERVICE

On this 11th day of January, 2007, I caused the Government's Motion To Continue The Defendant's Sentencing to be filed electronically and it is available for viewing and downloading from the ECF system.

Electronic Notification:

John F. Cicilline, Esquire
381 Atwells Avenue
Providence, RI 02909

/s/ MARY E. ROGERS
MARY E. ROGERS
Assistant U.S. Attorney
RI Bar #3107
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email mary.rogers@usdoj.gov