**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS.** | : | **1:06-CR-00092-T-DLM-2** |
| | : | |
| **ESTROREDARCIO BERNARD** | : | **March 1, 2007** |

## MOTION TO WITHDRAW

Now comes John F. Cicilline in the above-entitled cause and moves to withdraw as counsel for the defendant Estroredarcio Bernard.

Respectfully submitted,

/s/ *JO*HN F. CICILLINE
John F. Cicilline, Esq. #0433
381 Atwells Avenue
Providence, RI 02909
Office 401 273-5600
Fax 401 454-5600
jfcicilline387@aol.com

## CERTIFICATION

I, hereby certify that on March 1, 2007 a true copy of the above document was served upon all attorneys of record by ECF filing.

/s/ JOHN F. CICILLINE