AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF Rhode Island

## APPEARANCE

CASE NUMBER: 06-92-01T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Estoredacio Bernard

February 22, 2007
*Date*

[signature]
*Signature*

Steven D. DiLibero
*Print Name*

130 Dorrance St.
*Address*

Providence RI 02903
*City* *State* *Zip Code*

(401) 621-9700
*Phone Number*