# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

No. 06-92-01T

UNITED STATES,

v.

ESTOREDACIO BERNARD,

Defendant

## MOTION TO CONTINUE

Now comes the Defendant's attorney in the above-entitled matter and hereby requests that this Honorable Court so move and allow him a thirty (30) day continuance on the sentencing date due to the implications involved in Defendant's sentence.

Wherefore Defendant's attorney prays that this Honorable Court so move and grant Defendant's Motion to Continue allowing the sentencing date of May 8, 2007 to be continued at least thirty (30) days.

Respectfully Submitted,

/s/ Steven D. DiLibero_________
Steven D. DiLibero, Esq. #4678
130 Dorrance Street
Providence, RI 02903
(401) 621-9700
(401) 331-9503 (fax)

## CERTIFICATION

I hereby certify that on the 17th day of April 2007, a copy of the within Motion to Withdraw was sent via electronic communication to Assistant U.S. Attorney Mary E. Rogers at 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903.

/s/ Steven D. DiLibero__________