**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **vs.** | : | **C.R. NO.: 06-092T-02** |
| | : | |
| **ESTOREDARCIO BERNARD** | : | |

**MOTION TO CONTINUE**

NOW COMES the Defendant, in the above-captioned matter, and hereby moves this Honorable Court to continue the Sentencing hearing which is currently scheduled to be heard on Tuesday, May 8, 2007.

FOR REASON STATES that Counsel for the Defendant received the United States of America's Objection to the Pre-Sentence Report on Friday, May 4, 2007, and their subsequent Motion to Seal and Sentencing Memorandum on Monday, May 7, 2007 at 12:13 pm.

WHEREFORE, Counsel for the Defendant is in need of time to review the United States' documents in an effort to properly prepare for the Sentencing hearing, as well as time to be afforded the opportunity to speak with the Defendant to discuss the ramifications of said documents.

Your Defendant thereby respectfully requests the Sentencing hearing be continued from May 8, 2007 to a new date that is convenient for this Honorable Court.

**RESPECTFULLY SUBMITTED**,

/s/ Steven D. DiLibero___________
Steven D. DiLibero, Esquire (#4678)
DiLibero & Coloian, LLP
130 Dorrance Street
Providence, Rhode Island 02903
Phone: (401) 621-9700
Fax: (401) 331-9503

**CERTIFICATE OF SERVICE**

This is to certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants when applicable on the 7th day of May, 2007.

/s/ Steven D. DiLibero,___________