UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

            v.                    CA No. 06-092-2-T

ESTOREDARCIO BERNARD

### ORDER

Defendant's motion that his sentence reflect a commencement date of January 30, 2006, (Document 34) is hereby denied without prejudice to being renewed if and when the defendant is convicted.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C. Jones
Ernest C. Torres
Sr. U.S. District Judge

Date: 1/23/07