UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CA No. 06-092-2-T

ESTOREDARCIO BERNARD

**ORDER**

Defendant's motion that his sentence reflect a commencement date of January 30, 2006, (Document 34) is hereby denied without prejudice to being renewed if and when the defendant is convicted.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Sr. U.S. District Judge

Date: 1/23/07