**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription 05/23/2006

On 02/06/06, SFO Dorian Rave and SFO Patrick Reilly met with Estordarcio Bernard, aka Beligue, in an attempt to further coordinate his cooperation efforts. While speaking with Mr. Bernard, SFO Reilly asked Mr. Bernard to explain the events that took place at the California liquor store on 01/20/06. SFO Reilly and Rave explained to Mr. Bernard that on that day surveillance had observed him distributing what was suspected to be forty three (43) kilograms of cocaine from a U-Haul truck parked in the rear lot of the liquor store. Mr. Bernard denied that he distributed forty three (43)of cocaine on 01/20/06. Mr. Bernard explained to SFO Rave and Reilly that he had in fact received approximately six (6) kilograms of cocaine from a subject known to him as Carlos, who he believed lived in Central Falls. In relating the figure of six kilograms of cocaine, Mr. Bernard appeared unsure of the exact amount and seemed to use this figure to belittle his stature in this transaction. Mr. Bernard explained that Carlos had called him and asked him if he could help him get rid of the kilograms of cocaine. Mr. Bernard stated that he agreed to accept the cocaine because there were several individuals that he knew of that were looking to purchase kilograms of cocaine. According to Mr. Bernard, Carlos drove by the liquor store in the morning and left a box containing the six (6) kilograms of cocaine next to the garbage in the rear of the liquor store. Mr. Bernard explained that he had rented the U-Haul because many of the beer distributors were taking inventory and were not delivering. Mr. Bernard stated that he did in fact have beer in the U-Haul and not cocaine.

Mr. Bernard stated that he arrived from the beer distributors and parked the U-Haul in the rear lot where it was going to be unloaded. Mr. Bernard stated that he walked over to the area next to the garbage, picked up the box containing the six (6) kilograms of cocaine and walked it over to the U-Haul. Mr. Bernard stated that one individual by the name of Hectne Nunez, came by the liquor store and took three kilograms of cocaine from him. Mr. Bernard stated that the remaining kilograms were distributed among another individual and Carlos Miguel, aka Carlos Diaz. Mr. Bernard explained that he gave one kilogram of cocaine to Carlos Miguel, aka Carlos Diaz, and a box containing multiple kilograms of cocaine to another subject, who he described to be driving a red van. As Mr. Bernard related the amounts of distribution he became confused and appeared to realize that the

Investigation on 02/06/06 at Providence, RI

File # 245B-BS-94638 Date dictated 05/23/06

by SFO Dorian Rave

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

Exhibit A

245B-BS-94638



figures he was explaining seemed to total more then six (6) kilograms.

Mr. Bernard stated that he admitted distributing approximately six(6) kilograms of cocaine but denied that forty three (43)kilograms of cocaine were distributed from his liquor store on that day.