# *UNITED STATES DISTRICT COURT*

***for the***
***District of Rhode Island***

***Case No. CR06-92T***

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Estoredarcio Bernard**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Senior District Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **9:15 o'clock a.m.**, on the **8th** day of **May, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
[illegible]
on the date and [illegible]
Deputy U.S. [illegible]

WITNESS the Honorable **Ernest C. Torres**

United States Senior District Judge at Providence, RI
Dated: January 30, 2007.

David A. DiMarzio, Clerk

Sentencing

***By*** ____________________
***Ryan Jackson - Deputy Clerk***