UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| Vs. | : | Case No.: 1:06-CR-00092-T-DLM-2 |
| | : | |
| GONZALEZ, et al. | : | |

SUPPLEMENTAL NOTICE OF SENTENCING POSITION

Now comes the Defendant, Estoredarcio Bernard, by and through his Attorney in the above-referenced matter, and hereby formally states that said Defendant has no intention of presenting witnesses on his behalf at the sentencing which is scheduled for June 25, 2007 at 11:00 am.

Defendant hereby reserves the right to cross examine and challenge the assertions of the Government in the event the Government shall attempt to introduce and present testimony against the Defendant.

Respectfully Submitted,
Defendant,
Estoredarcio Bernard,
By and through his Attorney,

/s/ Steven D. DiLibero

Steven D. DiLibero, Esquire (#4678)
DiLibero & Coloian, LLP
130 Dorrance Street
Providence, Rhode Island 02903
Phone: 401-621-9700
Fax: 401-331-9503

CERTIFICATION

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero