IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 06-092-T
:
ESTROREDARCIO BERNARD, a/k/a :
Belige

District Court of the United States
District of Rhode Island
Filed in open Court
this 27 day of June 2007
Clerk

CONSENT DECREE FOR FORFEITURE

Now come the United States of America, by and through its attorneys, and Estroredarcio Bernard a/k/a Belige, individually and by and through his counsel, and agree and stipulate that the defendant, Estroredarcio Bernard a/k/a Belige, hereby knowingly and voluntarily forfeits to the United States of America all his right, title, and interest in and to the following assets which constitute or were derived from the proceeds of the commission of the violations of 21 U.S.C. § 846 alleged in Count I of the Indictment, and were used to facilitate the commission of said violations and, as such, are subject to forfeiture pursuant to 21 U.S.C. § 853 and pursuant to the terms of the plea agreement entered into between the United States of America and the defendant, Estroredarcio Bernard a/k/a Belige:

1. One lot of nine thousand three hundred dollars ($9,300) in U.S. currency seized from One Shannon Way West Warwick, Rhode Island on January 31, 2006;

2. One lot of seventy thousand five hundred one dollars ($70,501) in U.S. currency seized from California Liquors, 84 Union Avenue, Providence, Rhode Island, on January 30, 2006; and

3. One lot of twenty thousand dollars ($20,000) in U.S. currency turned over to the Federal Bureau of Investigation on

February, 3, 2006, by Xiomara Bernard, the wife of the defendant, Estroredarcio Bernard a/k/a Belige.

SIGNED AND AGREED:

ROBERT CLARK CORRENTE
United States Attorney

DATE: 6-27-07

MARY E. ROGERS
Assistant U.S. Attorney

DATE: 6/27/07

Estroredarcio Bernard
Defendant

DATE: 6/27/07

STEVEN D. DILIBERO, ESQ.
Counsel for the Defendant