**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **VS** | : | **CR NO.: 06-092T-02** |
| | : | |
| **ESTOREDARCIO BERNARD** | : | |

## NOTICE OF APPEAL

Notice is hereby given that Estoredarcio Bernard, Defendant in the above-named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 27th day of June, 2007.

Respectfully submitted,
Estoredarcio Bernard
By and through his Attorney,

/s/ Steven D. DiLibero, Esquire

Steven D. DiLibero, Esquire, # 4678
DILIBERO & COLOIAN, LLP
130 Dorrance Street
Providence, Rhode Island 02903
401-621-9700 (tel)
401-331-9503 (fax)

## CERTIFICATION

I, the undersigned, do hereby certify that this document was filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that a paper copies will be sent to those indicated as non-participants on this date.

/s/ Steven D. DiLibero, Esquire