IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA, :
:
v. : CR. NO. 06-092-T
:
ESTROREDARCIO BERNARD, a/k/a :
Belige

PRELIMINARY ORDER OF FORFEITURE

The parties having entered into a Consent Decree for Forfeiture of the following property listed in the Forfeiture Allegations section of the Indictment:

1. One lot of nine thousand three hundred dollars ($9,300) in U.S. currency seized from One Shannon Way West Warwick, Rhode Island on January 31, 2006;

2. One lot of seventy thousand five hundred one dollars ($70,501) in U.S. currency seized from California Liquors, 84 Union Avenue, Providence, Rhode Island, on January 30, 2006; and

3. One lot of twenty thousand dollars ($20,000) in U.S. currency turned over to the Federal Bureau of Investigation on February, 3, 2006, by Xiomara Bernard, the wife of the defendant, Estroredarcio Bernard a/k/a Belige;

it is hereby

ORDERED, ADJUDGED and DECREED

that pursuant to 21 U.S.C. § 853, all the right, title, and interest of the defendant, Estroredarcio Bernard a/k/a Belige, in and to the above referenced property listed in the Forfeiture Allegations section of the Indictment, are hereby forfeited to the United States of America.

The Court finds that said assets constitute or were derived

from the proceeds of the commission of the violations of 21 U.S.C. § 846, alleged in Count I of the Indictment, and were used to facilitate the commission of said violations.

It is further

ORDERED, ADJUDGED, AND DECREED

as follows:

1. That the United States Marshal shall seize the above-referenced property in accordance with law pursuant to FED. R. CRIM. P. 32.2(b)(3);

2. That pursuant to 21 U.S.C. § 853(n)(1), the United States Marshal shall publish at least once for three successive weeks in a newspaper of general circulation, notice of this Preliminary Order of Forfeiture, notice of the government's intent to dispose of the property in such manner as the Attorney General may direct and notice that any person, other than the defendant, having or claiming a legal interest in the above-referenced property must file a petition with the court within thirty (30) days of the final publication of notice or of receipt of actual notice, whichever is earlier;

3. This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the above-referenced property and any additional facts supporting the petitioner's claim and the relief sought;

4. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property, as a substitute for published notice as to those persons so notified;

5. That upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture, pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Ordered this 28th day of June, 2007.

ENTER:

Ernest C Torres
ERNEST C. TORRES
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Presented By:

MARY E. ROGERS
Assistant U.S. Attorney

Steven D. Dilibero Esq
STEVEN D. DILIBERO, ESQ.
Counsel for the Defendant