**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Cr. No. 06 - 092T-02** |
| | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **ESTOREDARCIO BERNARD,** | ) | |
| | ) | |

## AMENDED NOTICE OF APPEAL

**PLEASE TAKE NOTICE,** that the defendant, ESTOREDARCIO BERNARD, hereby appeals to the United States Court of Appeals for the First Circuit, from the final judgment entered in this action on the 12th day of July, 2007.

**PLEASE TAKE FURTHER NOTICE** that a notice of appeal was filed with this Court by prior counsel on July 3, 2007 along with the filing fee of $450.00, said notice was filed within ten days of the sentence of the defendant, but prior to the entry of the final judgment.

Respectfully submitted,

Estoredarcio Bernard
By and through his Attorney,

Matthew J. Santamauro, P.C.
1 Edgewater Plaza, Suite 700
Staten Island, NY 10305
(718)273-2092 (tel)
(718)816-5483 (fax)

## CERTIFICATION

I, the undersigned, do hereby certify that this document was copies were sent to the United States Attorney's Office and to Steven D. DiLibero, Esq. on this date via overnight express mail.