AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

## *District of Rhode Island*

EXHIBIT AND WITNESS LIST

United States of America V. Estoredarcio Bernard

CASE NUMBER: CR06-92-02T

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Ernest C. Torres | Mary Rogers, AUSA | Steven DiLibero, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| June 27, 2007 | Debra D. Lajoie | Ryan Jackson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 6/27/07 | | | W-1, Patrick Reiley |
| 19 | | 6/27/07 | X | FULL | Photograph - California Liquor Store |
| 1 | | 6/27/07 | X | FULL | Photograph - Carlos Diaz, Car and Front End of U-Haul |
| 2 | | 6/27/07 | X | FULL | Photograph - U-Haul (close-up) |
| 3-18 | | 6/27/07 | X | FULL | Transcripts of Wiretaps |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.