**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

I, David DiMarzio, Clerk of the United States District Court for the District of Rhode Island, do hereby certify that the foregoing contains the original papers in the file dealing with the action or proceedings in which the appeal is taken and includes all the original papers as set forth in the Table of Contents herein.

Witness my hand and the Seal of said Court at Providence in said District, this 23rd day of July, 2007.

David DiMarzio, CLERK

BY: *Lucia Cristina Leyva*
DEPUTY CLERK