United States District Court
For The District of Rhode Island.

Estoredarcio Bernard (Xiomara Bernard) CR No 06-092T

vs

United States

I object to forfeiting The Property That was Seized. The Reason for this Matter Is I have Documantations and Receipts That show where The Money that was Seized came from. Most of the Money was Seized from California liQuoes and Western Union. The large Amount of funds was Money Transactions Made that day from Customers who Used the services of Western Union. The Money had to be diposet Replaced by Me, Xiomara Bernard. The 9800# was of My Property. In which was funds won at Foxwoods Casino. The 20,000$ was Money that I had to place an order of Supplement Pills In New York City which I have The Receipts for.

In conclusion I have All the sufficient Proof to show the courtRoom that the funds seized had nothing to do with any drug Transaction.

Ximara Bernard