**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Cr.No. 06-092T-02** |
| | ) | |
| **Vs.** | ) | |
| **ESTOREDARCIO BERNARD,** | ) | |

**NOTICE OF INTENT TO MAKE A CLAIM**

**PLEASE TAKE NOTICE,** that XIOMARA BERNARD, hereby intends to make a claim for proceeds seized by the United States Government in furtherance of the investigation of ESTOREDARCIO BERNARD, the defendant in the above captioned matter. Said funds are now the subject of forfeiture proceedings. XIOMARA BERNARD hereby claims in excess of and maybe in addition to $70,501.00 from the seized proceeds to be monies lawfully obtained by XIOMARA BERNARD through her legitimate efforts and labor, by and through CALIFORNIA LIQUORS, and BERNARD, INC., or through other lawful, legitimate means. XIOMARA BERNARD hereby requests a hearing to dispute the allegations by the government that said monies the proceeds of unlawful activity.

Respectfully submitted,

Xiomara Bernard
By and through her Attorney,

Bruce G. Behrins, Esq.
Behrins & Behrins, P.C.
1 Edgewater Plaza, Suite 700
Staten Island, New York 10305
(718) 447-5540
(718) 273-5483