**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

v. C.R. No. 06-92-02T

ESTOREDARCIO BERNARD,
Defendant

## SHOW CAUSE ORDER

On or before **October 20th, 2007,** the defendant is hereby ordered to show cause, in writing, why the Notice of Intent to Make Claim filed on September 10th, 2007 by Bruce G. Behrins should not be stricken from the record on the grounds that the filer is not a member of the bar of this Court (see **LR Gen 201(a).**) Failure to comply will result in the Notice of Intent to Make Claim being stricken from the record.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
Senior U.S. District Judge
Date: 9/26/07
FORMS/SHWCAUS2.ORD