**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

    v.                                      C.R. No. 06-92-02T

ESTOREDARCIO BERNARD,
Defendant

### ORDER STRIKING NOTICE OF INTENT TO MAKE A CLAIM

On September 26th, 2007 this Court issued a Show Cause Order as to why the defendant's Notice of Intent to Make Claim should not be stricken from the record on the grounds that the filer is not a member of the bar of this Court (See **LR GEN 201(a)**). Having shown no good cause why that filing should not be stricken, the document (**#71**) is hereby stricken from the record for failure to comply and for the reasons states in this Court's Show Cause Order dated September 26th, 2007.

                                                  By Order

                                                  _[signature]_
                                                  Deputy Clerk

ENTER:

_[signature]_
Ernest C. Torres
Senior U.S. District Judge
Date: 11/27/07