**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,
Plaintiff

v. C.R. No. 06-92-02T

ESTOREDARCIO BERNARD,
Defendant

**ORDER STRIKING NOTICE OF INTENT TO MAKE A CLAIM**

On September 26th, 2007 this Court issued a Show Cause Order as to why the defendant's Notice of Intent to Make Claim should not be stricken from the record on the grounds that the filer is not a member of the bar of this Court (See **LR GEN 201(a)**). Having shown no good cause why that filing should not be stricken, the document (**#71**) is hereby stricken from the record for failure to comply and for the reasons states in this Court's Show Cause Order dated September 26th, 2007.

By Order

[signature]
Deputy Clerk

ENTER:

[signature]
Ernest C. Torres
Senior U.S. District Judge
Date: 11/27/07