UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ESTOREDARCIO BERNARD,
Petitioner

v.  CR: 06-92-02S

UNITED STATES OF AMERICA,
Respondent

## ORDER

The Government is hereby ordered to file its response to the plaintiff's "Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" on or before February 5th, 2009.

Entered as an Order of this Court:

_____
DEPUTY CLERK

ENTER:

_____
William E. Smith
U.S. District Judge

DATE: 1/9/09